UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 3:19-CR-00331-B-1** |
| | § | |
| **ORFILIA SANCHEZ BENITEZ,** | § | |
| | § | |
| | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Defendant Orfilia Sanchez Benitez's pro se filing in which she appears to ask the Court to reinstate First Step Act (FSA) time credits that she claims were improperly taken from her. Doc. 96 at 1-5 (noting that FSA credits have been "taken away" and "without these credits it is becoming harder to keep on fighting to get back home") (spelling error corrected).

As the Government points out in its response to Defendant's filing (Doc. 98), however, the proper method for challenging the execution of a sentence is through a habeas corpus petition under 28 U.S.C. § 2241. *See Jeffers v. Chandler*, 253 F.3d 827, 830 (5th Cir. 2001) (stating that petitions under § 2241 are used to attack the manner in which a sentence is executed). A motion for FSA time credits is cognizable as a habeas corpus petition under § 2241. *See*, *e.g.*, *United States v. Weathersby*, 958 F.2d 65, 66 (5th Cir. 1992) (per curiam) (construing petition for jail time credit as a § 2241 petition). Such a petition, however, must be brought in the judicial district in which the petitioner is confined. *See Lee v. Wetzel*, 244 F.3d 370, 373-74 & n.3 (5th Cir. 2001) (holding the district of incarceration is the only district with jurisdiction to entertain a § 2241 petition).

Because Defendant is presently confined in the District of New Mexico, this Court lacks

jurisdiction to consider her challenge to the execution of her sentence. *See id.* Therefore, construing Defendant's filing (Doc. 96) as a petition for habeas relief under § 2241, the Court **DISMISSES** the petition without prejudice for lack of jurisdiction.

The Clerk of the Court is **DIRECTED** to open for statistical purposes a new habeas corpus case under 28 U.S.C. § 2241 (nature of suit 530 directly assigned to the same district judge and magistrate judge as this case), and to close the same on the basis of this order.

SO ORDERED

SIGNED:August 28, 2026, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE